IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 01-8726 FERGUSON/SNOW

WILLIAM LABZDA and CAROL JO
LABZDA, Individually, as Parents and
Personal Representatives of the ESTATE
OF MICHAEL LABZDA, Deceased,
and in the Name of the State of Florida,

    Plaintiffs,

vs.

PURDUE PHARMA, L.P.; PURDUE
PHARMA, INC.; THE PURDUE
FREDERICK COMPANY; ABBOTT
LABORATORIES; ABBOTT
LABORATORIES, INC.; WALGREEN
CO. d/b/a WALGREENS; FAMILY
PHYSICIAN, P.A.; and DENIS
DEONARINE, M.D.,

    Defendants.
_____/



## AGREED MOTION COMPELLING DISCLOSURE
## OF SETTLEMENT AMOUNT

Defendant, WALGREEN COMPANY, d/b/a WALGREENS, (hereafter "WALGREENS"), by and through its undersigned counsel and pursuant to Local Rule 7.1, hereby files this Agreed Motion to Compel Plaintiffs to disclose the amount of the settlement with Co-Defendant, Dr. Deonarine, and states in support thereof the following:

1.    On October 15, 2001, Plaintiffs entered into a settlement agreement with Co-Defendants Family Physician, P.A. and Denis Deonarine, M.D. In its first set of interrogatories to



Plaintiff, Walgreens requested disclosure of the amount of the settlement with Dr. Deonarine for setoff purposes.

2. Plaintiffs filed a response objecting to disclosure of the settlement demand based upon a confidentiality provision in the release. Plaintiffs have provided the undersigned with the portion of the release that contains the confidentiality provision.

3. Plaintiffs agree that Walgreens is entitled to discovery as to the amount of the settlement for setoff purposes, but are constrained by the confidentiality portion of the release in the absence of a Court order.

4. Walgreens therefore files this Agreed Motion and requests that the Court enter an order compelling Plaintiffs to disclose this information. Plaintiffs agree to and do not oppose the motion.

WHEREFORE, Defendant, Walgreens Co. respectfully requests this Court enter an Order compelling Plaintiffs to disclose the amount of the settlement with Dr. Deonarine.

## LOCAL RULE 3.01 (g) CERTIFICATION

I HEREBY CERTIFY that I have conferred with counsel for the opposing party in a good faith effort to resolve the issue raised by this motion, and that counsel agrees to and does not oppose the motion.

Respectfully Submitted,

WALTON LANTAFF SCHROEDER & CARSON
Counsel for Walgreen Company
1645 Palm Beach Lakes Blvd., #800
West Palm Beach, FL 33402
Telephone (561) 689-6700
Facsimile (561) 689-2647

BY _/s/ David S. Tadros_
DAVID S. TADROS
Fla. Bar No.: 956015
dtadros@waltonlantaff.com
JANE ANDERSON
Fla. Bar No. 045942
janderson@waltonlantaff.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was faxed and mailed this 25th day of January, 2002 to: Jack Scarola, Esquire, 2139 Palm Beach Lakes Blvd., Post Office Drawer 3626, West Palm Beach, FL 33402-3626, Patricia E. Lowry, 1900 Phillips Point West, 777 South Flagler Dr., West Palm Beach, FL 33401-6198, Sidney A. Stubbs, Esquire, 505 South Flagler Dr., Suite 1200, West Palm Beach, FL 33401, and Barry N. Heisler II, Esquire, 120 South Olive Ave., Suite 600, West Palm Beach, FL 33401.

BY _/s/ David S. Tadros_
DAVID S. TADROS
Fla. Bar No.: 956015