IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-8726-CIV-FERGUSON/SNOW

**WILLIAM LABZDA AND CAROL JO LABZDA**, Individually, as Parents and Personal Representatives of **the ESTATE OF MICHAEL LABZDA**, Deceased, and in the Name of the State of Florida,

Plaintiffs,

v.

**PURDUE PHARMA, L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY; ABBOTT LABORATORIES; ABBOTT LABORATORIES, INC; WALGREENS CO. d/b/a WALGREENS; FAMILY PHYSICIAN, P.A.;** and **DENIS DEONARINE, M.D.,**,

Defendants.
_____/



FILED by ___ D.C.

FEB 19 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## AGREED ORDER ON WALGREENS' MOTION TO COMPEL DISCLOSURE OF SETTLEMENT AMOUNT

THIS CAUSE having come to be considered upon Defendant, WALGREEN CO.'s Agreed Motion Compelling Disclosure of Settlement Amount, and the court having reviewed the file and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that Defendant, WALGREENS' Agreed Motion Compelling Disclosure of Settlement Amount is hereby



GRANTED. (D.E. 36)

1



DONE and ORDERED at Fort Lauderdale, Broward County, Florida this 15th day of ~~January~~ February, 2002.

_____
JUDGE

Copies furnished to all counsel of record
on attached Counsel List

## **COUNSEL LIST**

Attorneys for Purdue
Patricia E. Lowry, Esq.
Dori K. Stibolt, Esq.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Attorney for Plaintiffs
Jack Scarola, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
P.O. Drawer 3626
West Palm Beach, FL 33402-3626

Attorney for Abbot entities
Sidney A. Stubbs, Esq.
Jones, Foster, Johnston & Stubbs, P.A.
505 S. Flagler Drive, Suite 1200
West Palm Beach, Florida 33401

Attorneys for Walgreens
Jane Anderson, Esq.
David S. Tadros, Esq.
Walton Lantaff Schroeder & Carson
1645 Palm Beach Lakes Boulevard
Suite 800
West Palm Beach, FL 33401

Attorneys for Deonarine & Family Physician, P.A.
Barry N. Heisler, II, Esq.
120 S. Olive Avenue
Suite 600
West Palm Beach, FL 33401

Co-counsel for Abbot entities
Paul F. Strain, Esq.
Venable, Baetjer and Howard, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, MD 21201

G:\LIBRARY\LIBRARY\42630027\p\ORDER - 002.wpd