IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

WILLIAM LABZDA and CAROL JO LABZDA, Individually, as Parents and Personal Representatives of the ESTATE OF MICHAEL LABZDA, Deceased, and in the Name of the State of Florida,

    Plaintiffs,

vs.

PURDUE PHARMA, L.P.; PURDUE PHARMA, INC.; and THE PURDUE FREDERICK COMPANY,

    Defendants.
_____/

CASE NO: 01-8726-CIV-FERGUSON

NIGHT BOX FILED

FEB 24 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37(a)(2) and Rule 7.1 of the Local Rules of the Southern District of Florida, the Plaintiffs, WILLIAM LABZDA and CAROL JO LABZDA, Individually, as Parents and Personal Representatives of the ESTATE OF MICHAEL LABZDA, Deceased, by and through undersigned counsel, hereby move this Honorable Court to enter an Order compelling the Defendants, PURDUE PHARMA, L.P., PURDUE PHARMA, INC., and THE PURDUE FREDERICK COMPANY, to produce documents requested pursuant to the Plaintiffs's Requests to Produce served under certificate of service dated December 20, 2002. Specifically, Plaintiffs move to compel PURDUE to produce documents pursuant to Requests numbered 1, 2, 3, 4, 10, 14, 15 and 16 set forth in that Request to Produce. The specific Request to Produce, and the objections of the PURDUE Defendants, are set forth in the attached

Labzda, E/O vs Purdue Pharma Et Al
Case No.: 01-8726-CIV-FERGUSON

Memorandum of Law filed under seal. The Plaintiffs arguments in support of the Motion to Compel are also set forth in detail in the Memorandum of Law.

Pursuant to Federal Rule of Civil Procedure 37 and the Local Rules, the Plaintiffs certify that the movant has in good faith conferred in an effort to resolve the issues raised in this Motion and have been unable to do so.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all counsel on the attached list on this ___24___ day of February, 2003.

_____
WILLIAM B. KING
Florida Bar No.: 181773
Searcy Denney Scarola
 Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax:    (561) 478-0754
Attorneys for Plaintiffs

2

Labzda, E/O vs Purdue Pharma Et Al
Case No.: 01-8726-CIV-FERGUSON

## COUNSEL LIST

Patricia E. Lowry, Esquire
Steel Hector & Davis LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401
(Counsel for Purdue entities)