IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-8726-CIV-FERGUSON

WILLIAM LABZDA and CAROL JO
LABZDA, Individually, as Parents
and Personal Representatives of the
ESTATE OF MICHAEL LABZDA,
Deceased, and in the Name of
the State of Florida,

       Plaintiffs,

v.

PURDUE PHARMA L.P, PURDUE
PHARMA, INC., THE PURDUE
FREDERICK COMPANY,
ABBOTT LABORATORIES, ABBOTT
LABORATORIES, INC., WALGREEN CO.
d/b/a WALGREENS, FAMILY PHYSICIAN,
P.A., and DENIS DEONARINE, M.D.,

       Defendants.
_____/

FILED by ___ D.C.

FEB 27 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING PURDUE'S UNOPPOSED MOTION
### TO COMPEL DISCLOSURE OF SETTLEMENT AMOUNT

**THIS MATTER** having come before the Court upon Purdue's Unopposed Motion to

Compel Disclosure of Settlement Amount of Plaintiffs' settlement with Denis Deonarine, M.D.

and Family Physician, P.A., and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUGED** that Purdue's Motion to Compel is **GRANTED**. [DE 103]

Plaintiffs are instructed to disclose the amount of the settlement between Plaintiffs and Denis

Deonarine, M.D. and Family Physician, P.A. within ten (10) days of receipt of this Order.

```
Purdue shall not disclose, without further order of the Court, the amount of
the settlement in any public filing and shall, itself, treat the amount of
the settlement as confidential as between the parties to the motion.
```

Labzda v. Purdue<br>
CASE NO.: 01-8726-CIV-FERGUSON

**DONE AND ORDERED** in Chambers in the Southern District of Florida at Fort Lauderdale, Florida, on this 27th day of January, 2003.

_____
Wilkie D. Ferguson
United States District Court Judge

Copies furnished to:

Patricia E. Lowry
John W. Little, III, P.A.
Dori K. Stibolt
STEEL HECTOR & DAVIS LLP
*Attorneys for Purdue*
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Jack Scarola, Esq.
William B. King, Esq.
SEARCY DENNEY SCAROLA BARNHART
 & SHIPLEY, P.A.
*Attorneys for Plaintiffs*
2139 Palm Beach Lakes Blvd.
Post Office Drawer 3626
West Palm Beach, FL 33402-3626

411489v1