IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
FLORIDA, FORT LAUDERDALE DIVISION

WILLIAM LABZDA and CAROL JO
LABZDA, as Personal Representatives of the
ESTATE OF MICHAEL LABZDA, Deceased,

       Plaintiffs,

vs.

PURDUE PHARMA, L.P.; PURDUE
PHARMA, INC.; and THE PURDUE
FREDERICK COMPANY,

       Defendants.
_____/

CASE NO: 01-8726-CIV-FERGUSON



## PLAINTIFFS' MOTION TO COMPEL
## (RE: SUPPLEMENTAL REQUEST TO PRODUCE

Pursuant to F.R. Civ. P. 37(a)(2) and Rule 7.1 of the Local Rules of the Southern District of Florida, the Plaintiffs, WILLIAM LABZDA and CAROL JO LABZDA, by and through undersigned counsel, hereby move this Honorable Court to enter an Order compelling the Defendants, PURDUE PHARMA, L.P., PURDUE PHARMA, INC. and THE PURDUE FREDERICK COMPANY ("PURDUE"), to produce documents requested pursuant to Plaintiffs' Supplemental Request to Produce served under certificate of service dated February 3, 2003. Specifically, Plaintiffs move to compel PURDUE to produce documents pursuant to Request No. 1 set forth in that Request to Produce. The specific Request to Produce, and the objections of the PURDUE Defendants, are set forth in the attached Memorandum of Law. The Plaintiffs argument in support of the Motion to Compel is set forth in detail in the Memorandum of Law.

Labzda, E/O vs Purdue Pharma Et Al
Case No.: 01-8726-CIV-FERGUSON

Pursuant to F.R.Civ. P. 37 and the Local Rules, the Plaintiffs certify that the movant has, in good faith, conferred in an effort to resolve the issues raised in this Motion and have been unable to do so.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all counsel on the attached service list on this 27 day of March, 2003.

WILLIAM B. KING
Florida Bar No.: 181773
Searcy Denney Scarola
  Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax:   (561) 478-0754
Attorneys for Plaintiffs

Labzda, E/O vs Purdue Pharma Et Al
Case No.: 01-8726-CIV-FERGUSON

## COUNSEL LIST

Patricia E. Lowry
Esquire, Steel Hector & Davis LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401
(Counsel for Purdue entities)

Mary T. Yelenick, Esquire
Matthew Kliegman, Esquire
Donald I. Strauber, Esquire
Peter K. Eck, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Co-counsel for Purdue entities)