IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF FLORIDA, FORT LAUDERDALE
DIVISION

WILLIAM LABZDA and CAROL JO
LABZDA, as Personal Representatives of the
ESTATE OF MICHAEL LABZDA, Deceased,

      Plaintiffs,

vs.

PURDUE PHARMA, L.P.; PURDUE
PHARMA, INC.; and THE PURDUE
FREDERICK COMPANY,

      Defendants.
_____/

CASE NO: 01-8726-CIV-FERGUSON

NIGHT BOX
FILED

MAR 27 2003

CLARENCE MADDOX
CLERK, USDC/SDFL

## PLAINTIFFS' MOTION TO COMPEL
## RE: REQUEST TO PRODUCE SERVED FEBRUARY 3, 2003

Pursuant to Federal Rule of Civil Procedure 37(a)(2) and Rule 7.1 of the Local Rules of the Southern District of Florida, the Plaintiffs, WILLIAM LABZDA and CAROL JO LABZDA, as Personal Representatives of the ESTATE OF MICHAEL LABZDA, Deceased, by and through undersigned counsel, hereby move this Honorable Court to enter an Order compelling the Defendants, PURDUE PHARMA, L.P.; PURDUE PHARMA, INC.; and THE PURDUE FREDERICK COMPANY, to produce documents requested pursuant to the Plaintiffs' Request to Produce served under certificate of service dated February 3, 2003. Specifically, Plaintiffs move to compel PURDUE to produce documents pursuant to Requests numbered 1, 2, 3, 4, 6 (as modified), 8, 9, 10, 11, 12, 14 and 15. The specific Requests to Produce and the objections of the PURDUE Defendants are set forth in the attached Memoradum of Law filed under seal. The

Labzda, E/O vs Purdue Pharma Et Al
Case No.: 01-8726-CIV-FERGUSON

Plaintiffs' arguments in support of the Motion to Compel are also set forth in detail in the Memorandum of Law.

Pursuant to Federal Rule of Civil Procedure 37 and the Local Rules, the Plaintiffs certify that the movant has, in good faith, conferred in an effort to resolve the issues raised in this Motion and have been unable to do so.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all counsel on the attached list on this 27 day of March, 2003.

WILLIAM B. KING
Florida Bar No.: 181773
Searcy Denney Scarola
  Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax:    (561) 478-0754
Attorneys for Plaintiffs

Labzda, E/O vs Purdue Pharma Et Al
Case No.: 01-8726-CIV-FERGUSON

## COUNSEL LIST

Patricia E. Lowry, Esquire
Steel Hector & Davis LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401
(Counsel for Purdue entities)

Mary T. Yelenick, Esquire
Matthew Kliegman, Esquire
Donald I. Strauber, Esquire
Peter K. Eck, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Co-counsel for Defendants)