UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-8726-Civ-~~Ferguson~~/Snow

WILLIAM LABZDA and CAROL JOE LABZDA,
Individually and as Parents and
Personal Representatives of the
ESTATE OF MICHAEL LABZDA, Deceased,

    Plaintiffs,

vs.

PURDUE PHARMA, L.P.; PURDUE PHARMA, INC.,
and THE PURDUE FREDERICK CO.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiffs' Motion to Compel (Docket Entry 110), which was referred to United States Magistrate Judge Lurana S. Snow. With the Court being advised, it is hereby

ORDERED AND ADJUDGED that is GRANTED IN PART and DENIED IN PART as follows:

    1. The motion to compel documents response to requests numbered 1, 2, 10, 14, 15 and 16 is GRANTED; the defendant shall produce these documents within 20 days of the date of this Order. The documents may lead to the discovery of admissible evidence.

    2. The motion to compel documents responsive to requests numbered 3 and 4 is DENIED. The plaintiff has not shown

that these documents are calculated to lead to the discovery of admissible evidence.

   DONE AND ORDERED at Fort Lauderdale, Florida, this 5 day of August, 2003.

            /s/ Lurana S. Snow
            LURANA S. SNOW
            UNITED STATES MAGISTRATE JUDGE

Copies to: William Bennett King, Esq.
     Sidney Alton Stubbs, Esq.
     Patricia Lowery, Esq.
     Mary T. Yelenick, Esq.